IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JAN -5 A 9:51

Thomas J Cozart
_____
Full name and prison number
of plaintiff(s)

v.

Lee County Dentention
Center & Staff
_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06CV9-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ~~Lee~~ Thomas J Cozart
            _____

            Defendant(s) Lee County Dentention
            Center & Staff.
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____

**SCANNED**


3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit  1-2-06

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Lee County Detention Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS

1. First Shift Lee County Detention Center P.O. 2407 Opelika AL. 36801

2. Second Shift Lee County Detention Center P.O. 2407 Opelika AL. 36801

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Since Incarceration Date and 12-18 to 12-28

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Since I have been incarcerated I have numerously ask to attend church and have

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Denied numerous time. They have church on Sunday, but they say only the women and the Trustee's may attend, no one else is allowed.

GROUND TWO: Unsanitary Conditions

SUPPORTING FACTS: This is the second time since 10-7-05 the shower drain will be stopped up for days on 12-18 to 12-28 the shower drain in F4 was stopped up and holding 2 to 3 inches water. How can you clean yourself standing in dirty water. I asked both day and Night shift every day until finally on the 29 they finally unstopped.

GROUND THREE: The commode in the day room will not flush

SUPPORTING FACTS: F4 commode in the day room will not flush solids or liquids down.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for problem to be solved and compensated for my pain, suffering, and violation of constitutional rights on ground of religion.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-2-02  .
       (Date)

_____
Signature of plaintiff(s)

4