IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. COZART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv009-MEF |
| ) | (WO) |
| LEE COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 5) filed herein on February 2, 2006, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the January 11, 2006 order of this court.

Done this 28th day of February, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE